IN RE BROWN

No. 121P01

Case below: 141 N.C. App. 349

Petition by Guardian Ad Litem for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 April 2001.

IN RE GOYENS

No. 26P01

Case below: 140 N.C. App. 787

Petition by respondent pro se for writ of certiorari denied 1 March 2001.

IN RE HUFF

No. 532P00

Case below: 140 N.C. App. 288

Notice of appeal by respondent (James J. Huff) pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 1 February 2001. Petition by respondent (James J. Huff) for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001. Notice of appeal by respondent (Tampatha C. Huff) pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 1 February 2001. Petition by respondent (Tampatha C. Huff) for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001. Justice Edmunds recused.

IN RE THOMPSON

No. 511P00

Case below: 140 N.C. App. 386

Petition by respondent (Gregory Thompson) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 1 February 2001.